

# United States District Court
# Eastern District of California

| Janice Townsend, M.D. | Case Number: 2:22-cv-01892-JAM-JDP |

Plaintiff(s)

V.

| Shriners Hospitals for Children, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Tracey Jaensch hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Shriners Hospitals for Children

On 10/22/1991 (date), I was admitted to practice and presently in good standing in the Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Mariya Maksimov, et al. v. Shriners Hospitals for Children (Case No. 2:22-CV-00611-JAM-CKD)
Submitted: 10/19/23; Approved: 10/20/23

Date: 09/17/2024          Signature of Applicant: /s/ Tracey Jaensch

**Pro Hac Vice Attorney**

Applicant's Name: Tracey Jaensch
Law Firm Name: Ford & Harrison LLP
Address: 401 East Jackson Street, Suite 2500

City: Tampa   State: FL   Zip: 33602
Phone Number w/Area Code: (813) 261-7800
City and State of Residence: Tampa, Florida
Primary E-mail Address: tjaensch@fordharrison.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Allison Vasquez Saunders
Law Firm Name: Ford & Harrison LLP
Address: 350 South Grand Avenue, Suite 2300

City: Los Angeles   State: CA   Zip: 90071
Phone Number w/Area Code: (213) 237-2400   Bar #: 220010

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 09/20/2024              /s/ John A. Mendez
                               JUDGE, U.S. DISTRICT COURT